UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.	Case No. 2:23-cr-200
	JUDGE EDMUND A. SARGUS, JR.

**ANTHONY SIMS,**

      **Defendant.**

## ORDER

This matter is set for trial to begin on March 17, 2025 (ECF No. 54) and is before the Court on the Government's Motion in Limine Regarding Victim Identification at Trial. (Mot., ECF No. 45.) In preparation for trial, the Government asks that the victims identified in the Superseding Indictment as Minor Victim One (T.T.) and Minor Victim Two (H.T.), be identified by their initials, along with their younger sister, referred to as Minor Victim Three (E.T.). (*Id.* PageID 159.) The Government requests that the victim of Mr. Sims's prior conviction, who is now an adult, be referred only by her first name and first initial of her last name, Anita M. (*Id.*) Mr. Sims did not respond to the Government's Motion, and the time to do so has passed. (*See* ECF No. 54, PageID 215 (setting the deadline to respond to all motions as February 25, 2025).)

      18 U.S.C. § 3509(d) governs and provides that:

> On motion by any person the court may issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child.

18 U.S.C. § 3509(d)(3)(A). A "child" is defined as "a person who is under the age of 18, who is or is alleged to be" "a victim of a crime of physical abuse, sexual abuse, or exploitation" or "a witness to a crime committed against another person." *Id.* § 3509(a)(2).

1

Minor Victims One and Two were under the age of 18 when they were allegedly exploited by Mr. Sims between July 2019 and July 2020. (Mot., PageID 161.) Minor Victim One now is "just shy of 20 years old, and Minor Victim Two [is] 17 years old." (*Id.*) Minor Victim Three, who was six years old when the alleged abuse occurred, is now 11-years old and is still a child. (*Id.*) Anita M. was nine years old at the time of her abuse in 1990 and now is 45 years old. (*Id.*) According to the Government, even though Anita M. and Minor Victim One are now adults, they qualify as child victims under § 3509(a)(2) and should be treated as such at trial because they were minors at the time of their abuse. (*Id.*)

The Government urges that protecting the identities of the witnesses and victims here is necessary to prevent harassment and humiliation, and to protect their safety. (*Id.* PageID 162.) Under the Crime Victims' Rights Act, courts must ensure that crime victims are treated with fairness and respect for their dignity and privacy, which includes limiting victim identities in court filings and trials. (*Id.*); *see* 18 U.S.C. §§ 3771(a)(8) ("A crime victim has . . . [t]he right to be treated with fairness and with respect for the victim's dignity and privacy."); 3771(b)(1) ("In any court proceeding involving an offense against a crime victim, the court shall ensure that the crime victim is afforded the rights described in subsection (a).").

The Government's Motion in Limine Regarding Victim Identification (ECF No. 45) is **GRANTED.**

    **IT IS SO ORDERED.**

**2/27/2025**                                              **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.**
                                                                 **UNITED STATES DISTRICT JUDGE**