UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                        Case Number 2:23-cr-200
                                        Judge Edmund A. Sargus, Jr.

ANTHONY SIMS,
    Defendant.

# Change of Plea
## Tuesday, March 4, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Emily Czerniejewski and Tyler Aagard
For Defendant: Terry Sherman
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant changed his plea to guilty to the lesser-included offenses of counts one and two of the Superseding Indictment and to count three of the Superseding Indictment.
PSI Ordered.