UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                  Case Number 2:23-cr-200
                                           Judge Edmund A. Sargus, Jr.

ANTHONY SIMS,
    Defendant.

# Sentencing
## Tuesday, July 8, 2025
## before Judge Edmund A. Sargus, Jr.

For Plaintiff:  Emily Czerniejewski and Tyler Aagard
For Defendant: Terry Sherman
Court Reporter: Crystal Hatchett
Courtroom Deputy:  Christin Werner

The defendant is sentenced as follows:
600 months imprisonment on counts one, two and three to run concurrently.
Life supervised release on counts one, two and three to run concurrently.
$300 special assessment.
$5,000 JVTA assessment.
$9,000 restitution Ordered.